

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2017

No. 04-16-00786-CV

Anthony **MOORE** and Joann Moore,
Appellants

v.

David **SUBIA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04165
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

     Appellant's brief was due July 17, 2017. On July 17, 2017, Appellants filed a second motion for extension of time requesting a two-week extension. We GRANT appellants' motion for extension of time and ORDER appellants to file their brief on or before August 1, 2017. NO FURTHER EXTENSIONS WILL BE GRANTED.

_Karen Angelini_
Karen Angelini, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk